IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| COUNTRY MUTUAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> 7KAIROS, LLC, <br><br> Defendants. | ) ) ) ) ) ) Case No. 11-01082-CV-W-NKL ) ) ) ) ) ) |

## ORDER

Pending before the Court is Plaintiff Country Mutual Insurance Company's motion to strike all pleadings filed on behalf of Defendant 7Kairos, LLC, and for the entry of default judgment in favor of Country Mutual against 7Kairos on Country Mutual's claim [Doc. # 23]. The Court finds and orders the following:

1. Country Mutual has filed its Complaint seeking declaratory judgment with regard to certain insurance claims made by the 7Kairos. 7Kairos has been identified as an "LLC". 7Kairos purported to answer, counterclaim, and crossclaim "pro se" by pleadings signed by Rosalinda Mueller. The Court has notified 7Kairos that it cannot proceed *pro se*, and that Ms. Mueller, who is not an attorney licensed in this Court, cannot represent 7Kairos,

LLC. The Court granted 7Kairos seven days in which to involve counsel in the case. [Doc. # 18]. 7Kairos failed to do so.

2. The pleadings filed by Rosalinda Mueller, "pro se", purportedly on behalf of 7Kairos, are stricken.

3. Default Judgment is hereby entered in favor of Country Mutual and against 7Kairos on Country Mutual's claim for declaratory judgment. Judgment is entered in favor of Country Mutual and against 7Kairos. The Court declares that the policy purchased by 7Kairos from Country Mutual provides no coverage for 7Kairos's claims against Country Mutual as a result of alleged theft on or about May 23, 2011, or alleged vandalism on or about October 7, 2011, and that Country Mutual owes nothing to 7Kairos on those claims.

4. The costs of the action are assessed against 7Kairos.

For these reasons, Country Mutual's motion to strike and motion for default [Doc. # 23] are GRANTED. Country Mutual's motion to set aside jury trial [Doc. # 19] is DENIED as moot.

    s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: March 20, 2012
Jefferson City, Missouri